# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Regina Delaney<br>*Plaintiff*<br>v.<br>Jackie Jones, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:17cv386<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Timothy S. Black   on a motion for Approval of Settlement and Dismissal.

Date: 7/17/18

CLERK OF COURT

*Janet McLemo* (signature)
Signature of Clerk or Deputy Clerk